UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID FRANKLIN WEST,
CE'NEDRA N. WEST,

          Plaintiffs,

-vs-                                    Case No. 6:07-cv-1532-Orl-18KRS

WILLIAM PARSONS, MICHAEL
O'NEILL, MELISSA CLARK,

          Defendants.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| MOTION: | SECOND MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 8) |
|---|---|
| FILED: | December 28, 2007 |

| MOTION: | MOTION FOR THE COURT TO ORDER COPIES FROM THE COURT CLERK AND SERVICE TO ALL DEFENDANT[S] (Doc. No. 9) |
|---|---|
| FILED: | December 28, 2007 |